# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

**SETH GULLEY** V.

**CRIMINAL COMPLAINT**

CASE NUMBER:

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about **November 15, 2007 to May 5, 2008** in _____ county, in the _____ District of **COLUMBIA** and elsewhere defendant did, (Track Statutory Language of Offense)

**knowingly transported in interstate commerce to the District of Columbia by means of a computer, child pornography as defined in 18 United States Code Section 2256(8).**

in violation of Title **18** United States Code, Section(s) **2252A(a)(1) and 2256**.

I further state that I am **DETECTIVE TIMOTHY PALCHAK**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE TIMOTHY PALCHAK**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at  **Washington, D.C.**_____
Date                                       City and State

_____     _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

# AFFIDAVIT

On October 12, 2007, your affiant, working in an undercover capacity in the District of Columbia and posing as an adult pedophile, registered to gain access to and subsequently monitored a known child pornography site named Kido Network. On October 31, 2007, your affiant utilized a covert screen name and posted a message in the public access forum in the Kido Network for anyone in Virginia, Maryland, West Virginia or the District of Columbia who were active and wanted to chat to contact the covert screen name on Yahoo! instant messaging.

On November 15, 2007, your affiant was contacted by an individual who utilized the screen name "wolfhall_yng1" who initiated a conversation by instant messaging. During that conversation your affiant was informed by "wolfhall_yng1" that he was chatting with another pedophile in Yahoo! who was utilizing the screen name "daddee_luvs_yng_girls".

On November 15, 2007, your affiant utilizing a covert screen name initiated contact in Yahoo! instant message with an individual utilizing the screen name "daddee_luvs_yng_girls", also known as "Seth". The individual utilizing the screen name "daddee_luvs_yng_girls" also known as "Seth" described himself as a 28 year-old white male residing in Indiana. During the course of communications between your affiant and "daddee_luvs_yng_girls" also known as "Seth" between November 15, 2007 and the present, the individual utilizing the screen name "daddee_luvs_yng_girls" also known as "Seth" sent your affiant by photo share approximately fourteen (14) files containing images depicting children who appear to be under the age of 12 engaged in suggestive posing and in sexual acts with adults to include an image depicting a prepubescent child being penetrated in the vagina by an adult male penis. In conversations with your affiant the individual utilizing the screen

name "daddee_luvs_yng_girls" also known as "Seth" said that he owns "00 ford e-350 cargo van" and lived with his father. The individual utilizing the screen name "daddee_luvs_yng_girls" also known as "Seth" routinely displayed a color photograph of a white male in his profile box during the course of these communications with your affiant. At all times that your affiant communicated on-line with the individual utilizing the screen name "daddee_luvs_yng_girls" also known as "Seth" your affiant was at a location within the District of Columbia.

An administrative subpoena was issued to Yahoo! for the email address and resolved to Seth Gulley of Greenfield, Indiana 45306. Through a series of administrative subpoenas and information from public source databases and related internet service providers, the internet provider address returned to James Gulley, x x xxxxxxxx xxxxxx, xxxxxxxxxx, Indiana. A search of Public Source Databases for Seth Gulley of Indiana resolved to Seth Gulley residing at x x xxxxxxxx xxxxxx, xxxxxxxxxx, Indiana. A photograph was obtained from the Indiana Bureau of Motor Vehicles for an individual named "Seth Gulley" residing at that same address in Indiana. The Bureau of Motor Vehicles photograph matched the photograph of the white male that the individual utilizing the screen name "daddee_luvs_yng_girls" also known as "Seth" routinely displayed in his profile box during the course of communications with your affiant. On May 1, 2008, the individual utilizing the screen name "daddee_luvs_yng_girls" also known as "Seth" left a message next to his screen name stating that it was his birthday. Records from the Indiana Bureau of Motor Vehicles reveal that Seth Gulley has a date of birth of x/xx/xxxx. Finally, current vehicle registration records with the Indiana Bureau of Motor Vehicles lists a Ford Econoline van, year 2000, registered to Seth Gulley at x x xxxxxxxx xxxxxx, xxxxxxxxxx, Indiana. That 2000 Ford Econoline van matches the vehicle that the individual

utilizing the screen name "daddee_luvs_yng_girls" also known as "Seth" stated he owns during one of the communications with your affiant.

                                                              Detective Timothy R. Palchak
                                                              Metropolitan Police Department

Sworn and subscribed to before me this _____ day of May 2008,

                                                              ALAN KAY
                                                              United States Magistrate Judge