# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
v.

SETH GULLEY

**FILED JUN 1 0 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 0 8 - 3 4 0 - M  0 1

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __SETH GULLEY__
                                        Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly transported in interstate commerce to the District of Columbia by means of a computer, child pornography as defined in Title 18 United States Code Section 2256(8).

in violation of Title __18__ United States Code, Section(s) __2252A(a)(1) and 2256(8)__.

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Name of Issuing Officer

[signature]
Signature of Issuing Officer

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer

**MAY 2 2 2008   District of Columbia**
Date and Location

Bail fixed at $ __HWOB__   by _____
                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ~~ARRESTING~~ Reporting OFFICER | SIGNATURE OF ~~ARRESTING~~ Reporting OFFICER |
|---|---|---|
| 10 June 2008 | | |
| DATE OF ~~ARREST~~ Reporting | DUSM Robert C. Byars | [signature] Robert C. Byars |
| 10 June, 2008 | | |