U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA   :

V.   :   Case No. 08-340-M   01

SETH GULLEY   :

**FILED**

:   JUN 1 0 2008

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ___10th___ day of ~~June~~ ___June, 2008___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by _____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of ___Detective John Andrews___ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DOJ USA-16-80

DEFENSE COUNSEL