# United States District Court
## Southern District of Indiana

Laura A. Briggs
Clerk of the Court

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

210 Federal Building
Terre Haute, Indiana
47808

101 Northwest MLK Boulevard
Evansville, Indiana
47708

121 West Spring Street
New Albany, Indiana
47150

June 4, 2008

Clerk of the Court
US District Court for the District of Columbia
333 Constitution Ave NW
Washington DC 20001

**FILED**
JUN 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk:

        RE:    United States of America
                -v-
              SETH GULLEY
              Cause No.: 1:08-MJ-124
              Your Cause No.: 08-340-M-01

    The above named defendant is ordered removed to your district by the United States District Court, Southern District of Indiana, Indianapolis Division.

    Enclosed please find certified copies of the entire file along with a certified copy of the docket sheet.

    Please acknowledge receipt on the copy of this letter.

              Very truly yours,

              Laura A. Briggs, Clerk

            By: _Cindy B. Ulrich_
                  Deputy Clerk

# UNITED STATES DISTRICT COURT

**FILED**
JUN - 3 2008
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

SOUTHERN                    DISTRICT OF                    INDIANA

UNITED STATES OF AMERICA

V.

SETH GULLEY

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:08-MJ-0124

CHARGING DISTRICTS
CASE NUMBER: 08-340-M-01

I understand that charges are pending in the _____DISTRICT_____ District of _____COLUMBIA_____

alleging violation of _____18:2252A(a)(1) and 2256(8)_____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(  ) identity hearing

(  ) preliminary hearing

( X ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____6/3/08_____
Date

_____/s/ Seth Gulley_____
Defendant

_____/s/_____
Defense Counsel

# United States District Court

### SOUTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA<br>V.<br>SETH GULLEY | COMMITMENT TO ANOTHER<br>DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District Of Arrest | District Of Offense | District Of Arrest | District Of Offense |
| | | 1:08-MJ-0124 | 08-340-M-01 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ■ Complaint  ☐ Other (specify)

charging a violation of 18 U.S.C. § 2252A(a)(1) and 2256(8)

**DISTRICT OF OFFENSE**
DISTRICT of COLUMBIA

**DESCRIPTION OF CHARGES**
CHILD PORNOGRAPHY

**CURRENT BOND STATUS**
☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
■ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  ■ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?**  ■ No  ☐ Yes  Language: _____

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that de-fendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_6/3/08_
Date

Kennard P. Poster, United States Magistrate Judge

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |



MAGISTRATE CAUSE NUMBER: 1:08-mj-0124     CAUSE NUMBER:

At Indianapolis, IN on 6/3/08

Proceedings in United States vs. SETH GULLEY

Appeared in the custody of a Federal Officer ■     Appeared voluntarily ☐

Description: Age____ Sex M    Race ____ Born: Native ☐ Foreign ☐

Address_____

Name of complainant and title (if any) __

Date of Complaint 5/22/08

Offense charged_____ Date of offense _____

Where committed DISTRICT OF COLUMBIA  Date of Warrant 5/22/08

Date of hearing 6/3/08 _____ Examination waived _____

Bail fixed at $ None     { Released DETAINED/REMOVED
                          { Committed to_____

Discharged (date)_____

Name and address of surety_____

Names and residences of witnesses_____
DUSM: Pappas

Remarks Deft. appeared in person and with appt. counsel FCD Wm. Marsh for Rule 5(c)(3) proceedings on a Complaint out of District of Columbia (08-340-M-01). Govt. was represented by Brad Shepard and U.S. Probation by Matt Renshaw. Charges and Rights were read and explained. Deft. waived identity hearing. Deft. waived preliminary hearing and detention hearing in this district and requested the hearings be held in the District of Columbia. Deft. ordered detained. Deft. remanded to custody of U.S. Marshals pending removal to the District of Columbia

30

Kennard P. Foster, United States Magistrate Judge

CLOSED

# U.S. District Court
## Southern District of Indiana (Indianapolis)
### CRIMINAL DOCKET FOR CASE #: 1:08-mj-00124-KPF All Defendants
### Internal Use Only

Case title: USA v. GULLEY  
Other court case number: 08-340-M-01 District of Columbia

Date Filed: 06/03/2008

Assigned to: Magistrate Judge Kennard P. Foster

**Defendant (1)**

SETH GULLEY     represented by William E. Marsh  
INDIANA FEDERAL COMMUNITY DEFENDERS  
111 Monument Circle  
Suite 752  
Indianapolis, IN 46204  
(317) 383-3520  
Fax: (317) 383-3525  
Email: bill.marsh@fd.org  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**



**Highest Offense Level (Terminated)**  
None

**Complaints**

**Disposition**

None

**Plaintiff**

USA                                             represented by **Bradley Paul Shepard**
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204
(317) 229-2400
Fax: (317) 226-6125
Email: brad.shepard@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2008 | 1 | COURTROOM MINUTES for proceedings held before Magistrate Judge Kennard P. Foster: Defendant SETH GULLEY appears in person and by FCD counsel Bill Marsh. Appearance for the USA by AUSA Brad Shepard. USPO represented by Matt Renshaw. Defendant is remanded to custody of USM. Initial Appearance in Rule 5(c)(3) Proceedings as to SETH GULLEY held on 6/3/2008 on a complt out fo the DC (08-340-M-01). Charges and Rights were read and explained. Deft waived identity hearing. Deft waived prel heairng and detention in this district and requested the hearings be held in DC. (CBU) (Entered: 06/04/2008) |
| 06/03/2008 | 2 | COMMITMENT TO ANOTHER DISTRICT as to SETH GULLEY. Defendant committed to District of District of Columbia. Signed by Magistrate Judge Kennard P. Foster on 6/3/08.(CBU) (Entered: 06/04/2008) |
| 06/03/2008 | 3 | WAIVER of Rule 5(c)(3) Hearing by SETH GULLEY (CBU) (Entered: 06/04/2008) |
| 06/04/2008 | 4 | Rule 5(c)(3) Documents Sent to District of Columbia as to SETH GULLEY (CBU) (Entered: 06/04/2008) |

**Case #: 1:08-mj-00124-KPF-All**